**Opinion issued October 25, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-12-00282-CV**

————————————

**W.A.G. CONSTRUCTION, INC., Appellant**

**V.**

**MARK HATCHER, Appellee**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-62355**

**MEMORANDUM OPINION**

Appellant, W.A.G. Construction, Inc., has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.1(a), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.